## MATTHEWS *v.* KENNEDY.

LITTLE, J.   1. Evidence that title to the mules on which the husband had cre-
ated a mortgage was in the wife was amply sufficient to support the verdict
rendered by the jury in her favor as claimant of the property.

2. A mortgage creditor who did not extend credit on the faith of the property
in the possession of the debtor, but obtained a lien on it to better secure a
pre-existing debt, has not the same equities against the real owner who per-
mits another to use and control personalty under circumstances warranting
an inference that such owner was allowing the one in possession to hold the
property out as his own, as are possessed by a bona fide purchaser for value
without notice.   *Dinkler* v. *Potts,* 90 *Ga.* 103 ; *Exchange Bank of Macon* v.
*Claflin,* 100 *Ga.* 640.

3. There was, under the evidence, no error in the charges given, nor in the fail-
ure or refusal to charge, of which complaint was made.

4. The newly discovered evidence was merely cumulative and impeaching in its
character, and did not require the grant of a new trial.

*Judgment affirmed.   All the Justices concurring.*

Argued April 8,— Decided April 27, 1901.

Levy and claim.   Before Judge Reagan.   Upson superior court.
August 31, 1900.

. *J.·Y. Allen,* for plaintiffs.   *M. H. Sandwich,* contra.